HOGMIRE, *et al.* vs. M'COY.

APPEAL from *Washington* County Court. The appellants brought an action of *trespass q. c. f.* against the appellee. The general issue was pleaded, and plots were returned.

1. At the trial the plaintiffs offered to prove, by a competent witness, that they were in possession of the tract of land called *Long Timber*, mentioned in the declaration, and on which the trespass was alleged to have been committed, as located on the plots by the plaintiffs; and that the defendant committed the trespass mentioned in the declaration, on the land so in possession of the plaintiffs, at the place located by them on the plots. This testimony the county court, *(Clagett,* Ch. J.*)* refused to admit to be given to the jury. The plaintiffs excepted.

2. The plaintiffs also offered to prove, by a competent witness, that he, the witness, was present when the tract of land called *Long Timber* was originally located or taken up, and that the tract was then located, as now lo-

In an action of trespass *q c f* the plaintiff offered to prove that he was in possession of the land on which the trespass was alleged to have been committed, and that the defendant committed the trespass complained of on the land so in the possession of the plaintiff, at the place by him located on the plots in the cause—*Held,* that such evidence was admissible.

The plaintiff proved by a witness, that he was present when the land, on which the trespass was alleged to have been committed, was originally located or taken up, and that it was then located, as it now is, on the plots—*Held,* that the evidence was admis-

sible to prove the original beginning and location of the tract of land.

cated by the plaintiffs on the plots, and then prayed the court to direct the jury, that this testimony was admissible to prove the original beginning and location of the land, in order to support the plaintiffs' action. But the county court refused to admit the testimony. The plaintiffs excepted; and the verdict and judgment being against them, they prosecuted this appeal.

*Hughes*, for the Appellants.

*T. Buchanan*, *Brooke* and *Lawrence*, for the Appellee.

THE COURT dissented from the opinions expressed by the county court in both of the bills of exceptions.

JUDGMENT REVERSED.